```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 06817
   JEANINE TOMS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1402


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/16/2007 and was not confirmed.

     The case was dismissed without confirmation 08/15/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
WILSHIRE CREDIT CORPORAT CURRENT MORTG         .00            .00           .00
WILSHIRE CREDIT CORPORAT MORTGAGE ARRE         .00            .00           .00
WILSHIRE CREDIT CORP     NOTICE ONLY    NOT FILED             .00           .00
WILSHIRE CREDIT CORP     NOTICE ONLY    NOT FILED             .00           .00
NW COLLECTOR             UNSEC W/INTER  NOT FILED             .00           .00
CAPITAL ONE              UNSEC W/INTER    1758.56             .00           .00
CAPITAL ONE BANK         NOTICE ONLY    NOT FILED             .00           .00
CINGULAR                 UNSEC W/INTER  NOT FILED             .00           .00
CITY OF NORTHLAKE        UNSEC W/INTER     100.00             .00           .00
ELMHURST EMERGENCY MEDIC UNSEC W/INTER  NOT FILED             .00           .00
ELMHURST EMERGENCY MEDIC UNSEC W/INTER  NOT FILED             .00           .00
ELMHURST EMERGENCY MEDIC UNSEC W/INTER  NOT FILED             .00           .00
ELMHURST MEMORIAL HOSPIT UNSEC W/INTER  NOT FILED             .00           .00
ENTERPRISE RENTA CAR     UNSEC W/INTER  NOT FILED             .00           .00
FORD MOTOR CREDIT        UNSEC W/INTER    5734.00             .00           .00
ECAST SETTLEMENT CORP    UNSEC W/INTER    1167.17             .00           .00
NICOR GAS                UNSEC W/INTER    1653.90             .00           .00
RESSURECTION BEHAVIORAL  UNSEC W/INTER  NOT FILED             .00           .00
TCF NATIONAL BANK        UNSEC W/INTER  NOT FILED             .00           .00
ERIN CAPITAL MANAGEMENT  UNSEC W/INTER    2609.27             .00           .00
ZALUTSKY & PINSKI LTD    DEBTOR ATTY     2,000.00                           .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 06817 JEANINE TOMS
```

```
DEBTOR REFUND                                                              .00
                                           ---------------    ---------------
TOTALS                                                 .00                .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 12/03/07                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE